UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | INFORMATION  09-mj-309 JJG |
| ) | (33 U.S.C. § 1311(a)) |
| v.  ) | (33 U.S.C. § 1319(c)(1)) |
| ) | |
| CORN PLUS, LLLP,  ) | |
| ) | |
| Defendant.  ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Negligent Discharge)

On various dates beginning no later than in calendar year 2005 and continuing through no later than August 10, 2007, including on March 27, 2007, in the State and District of Minnesota, the defendant,

**CORN PLUS, LLLP,**

did negligently discharge process wastewater containing a pollutant, namely biological oxygen demand, from an ethanol production facility, which is a point source located in Winnebago, Minnesota, into the waters of the United States, namely Rice Lake, without a permit, all in violation of Title 33, United States Code, Sections 1311 and 1319(c)(1).

Dated: August 3, 2009

Respectfully submitted,
FRANK J. MAGILL, JR.
United States Attorney

BY: David M. Genrich
Assistant U.S. Attorney
Attorney ID No. 0281311

SCANNED
AUG 0 4 2009
U.S. DISTRICT COURT MPLS

FILED AUG 3 2009
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____